# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE
# WESTERN DIVISION

|  |  |
|---|---|
| PAMELA RODGERS, ) ) Plaintiff, ) ) v. ) ) RAYCO, KIMCO, ) and TVA, ) ) Defendants. ) ) | No. 24-cv-2641-JPM-tmp |

## ORDER ADOPTING REPORT AND RECOMMENDATION

Before the Court is the Report and Recommendation of Chief United States Magistrate Judge Tu M. Pham, filed on October 16, 2024 (ECF No. 8), with respect to Plaintiff Pamela Rodgers' ("Plaintiff's" or "Rodgers'") pro se Complaint (ECF No. 1). Plaintiff has asserted:

1. A Title VII Discrimination Claim;
2. A Title VII Hostile Work Environment Claim;
3. A Title VII Retaliation Claim; and
4. A Claim under the Age Discrimination in Employment Act of 1967 ("ADEA").

(See ECF No. 8 at PageID 36–41.)

Magistrate Judge Pham recommends the Court dismiss Plaintiff's Complaint under 28 U.S.C. § 1915(e)(2)(B) as to all the allegations except her Title VII retaliation and ADEA claims. (Id. at PageID 41.) As to Plaintiff's Title VII retaliation and ADEA claims, Magistrate Judge Pham recommends the Court give Plaintiff thirty days to file an amended complaint. (Id.)

Because no party has filed an objection within fourteen days of Magistrate Judge Pham's Report and Recommendation, the Court **ADOPTS** Magistrate Judge Pham's recommendation. It is thus **ORDERED**:

- Plaintiff's Complaint is **DISMISSED** as to all allegations except her Title VII retaliation and ADEA claims.

- Plaintiff shall have through **December 4, 2024**, to file an amended complaint as to Title VII retaliation and ADEA claims.

**SO ORDERED**, this 4th day of November, 2024.

                                                /s/ Jon P. McCalla

                                                JON P. McCALLA
                                                UNITED STATES DISTRICT JUDGE