# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE
# WESTERN DIVISION

| | |
|---|---|
| PAMELA RODGERS, | ) |
| Plaintiff, | ) |
| | ) No. 2:24-cv-2641-JPM-tmp |
| v. | ) |
| RAYCO, KIMCO, and TVA, | ) |
| Defendants. | ) |

## ORDER ADOPTING REPORT AND RECOMMENDATION

Before the Court is the Report and Recommendation of United States Chief Magistrate Judge Tu M. Pham, filed on November 19, 2024, (ECF No. 12), with respect to Plaintiff Pamela Rodgers' ("Plaintiff's" or "Rodgers'") pro se Amended Complaint. (ECF No. 10.)

Plaintiff filed her original Complaint against Defendants for violations of Title VII of the Civil Rights Act of 1964 ("Title VII"), 42 U.S.C. §§ 2000e, et seq., and the Age Discrimination in Employment Act of 1967 ("ADEA"), 29 U.S.C. §§ 621, et seq. (ECF No. 12 at PageID 58 (citing ECF Nos. 1, 3).) The Court, adopting a report and recommendation from Chief Magistrate Judge Pham, dismissed Plaintiff's Title VII age discrimination and hostile work environment claims. (See ECF No. 9.) Plaintiff's Amended Complaint alleges age discrimination and retaliation under Title VII, 42 U.S.C. § 1981, and the ADEA. (ECF No. 12 at PageID 58 (citing ECF No. 10).)

Chief Magistrate Judge Pham recommends the Court dismiss all claims against Defendant Kimco and the § 1981 claims against Defendants Rayco and TVA for failure to state a claim upon which relief may be granted. (ECF No. 12 at PageID 63.)

Because no party has filed an objection within fourteen days of Chief Magistrate Judge Pham's Report and Recommendation, the Court **ADOPTS** his recommendation. It is thus **ORDERED** all claims as to Defendant Kimco and the § 1981 claims against Defendants Rayco and TVA are **DISMISSED**. (See id.)

**SO ORDERED**, this 3rd day of January, 2025.

/s/ Jon P. McCalla
JON P. McCALLA
UNITED STATES DISTRICT JUDGE